# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DEDRIC HARRELL AND MELISSA
VARNADO, INDIVIDUALLY AND ON
BEHALF OF THEIR MINOR CHILD,
BREONA HARRELL

NO.  2020 CW 0934

VERSUS

STATE OF LOUISIANA, THROUGH
THE DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT

**DECEMBER 21, 2020**

---

In Re:     State of Louisiana, through the Department of
           Transportation and Development, applying for
           supervisory writs, 21st Judicial District Court,
           Parish of St. Helena, No. 23244.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**WRC**

**Welch, J.,** dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H) to the counsel of
record herein.

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT